# UNITED STATES JUDICIAL PANEL
## on
# MULTIDISTRICT LITIGATION


**IN RE: ETHICON PHYSIOMESH FLEXIBLE
COMPOSITE HERNIA MESH PRODUCTS
LIABILITY LITIGATION**                                            MDL No. 2782


(SEE ATTACHED SCHEDULE)


### CONDITIONAL TRANSFER ORDER (CTO −40)


On June 2, 2017, the Panel transferred 16 civil action(s) to the United States District Court for the
Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 254 F.Supp.3d 1381 (J.P.M.L. 2017). Since that time, 113 additional action(s)
have been transferred to the Northern District of Georgia. With the consent of that court, all such
actions have been assigned to the Honorable Richard W. Story.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Georgia and assigned to
Judge Story.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Northern District of Georgia for the reasons stated in the order of June 2, 2017, and, with the
consent of that court, assigned to the Honorable Richard W. Story.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall
be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 25, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: ETHICON PHYSIOMESH FLEXIBLE**
**COMPOSITE HERNIA MESH PRODUCTS**
**LIABILITY LITIGATION**                                                MDL No. 2782


### SCHEDULE CTO−40 − TAG−ALONG ACTIONS


| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARKANSAS EASTERN | | | |
| ARE | 4 | 18−00238 | Dunn v. Johnson & Johnson et al |



ATTEST: A TRUE COPY
CERIFIED THIS
Date: April 25, 2018
JAMES N. HATTEN, Clerk
By: s/Barbara D. Boyle
Deputy Clerk